**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DERRICK ANDERSON, on behalf of himself and
all others similarly situated,

                       Plaintiffs,

                    -against-

  ASC REGENITY, INC.,

                   Defendant.

Case No: 1:24-cv-03134-JRC

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

       **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their

respective counsel, that the above-entitled action against Defendant, shall be and hereby is

dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party,

pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Hicksville, New York       New York, New York
          November 20, 2024        November 20, 2024

MARS KHAIMOV LAW, PLLC      SEYFARTH SHAW LLP

By*: /s/ Mars Khaimov*         By: */s/ John W. Egan*
Mars Khaimov, Esq.           John W. Egan, Esq.
100 Duffy Ave., Suite 510       620 Eight Avenue
Hicksville, New York 11801     New York, New York 10018
mars@khaimovlaw.com        jegan@seyfarth.com
*Attorneys for Plaintiff*         *Attorneys for Defendant*